**Order entered January 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01585-CV

---

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, CYNTHIA CARTER, ANN W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T., Appellees

---

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01024-2014**

---

## ORDER

Before the Court is appellant's January 21, 2015, motion to extend time to file the clerk's and reporter's records. Because the Court received notice regarding the motion for new trial, the deadlines for filing the clerk's and reporter's records were reset and those records are currently due on March 21, 2015. Accordingly, we **DENY** appellant's January 21, 2015, motion to extend the deadlines for filing the clerk's and reporter's records as moot.

/s/   CRAIG STODDART
JUSTICE